Name (MRS.) DIANALEE WALLACH LORRETZ
(MAILING) Street Address THIRTYONE RANCHERS GENERAL DELIVERY
City and County SACRAMENTO
State and Zip Code CALIFORNIA 95812
Telephone Number 775.378.6337

FILED
JAN 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(MRS.) DIANALEE WALLACH LORRETZ
(MR.) TURUCHE LORRETZ
(DOCTOR) JOEL DENNIS WALLACH

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

("SEE ATTACHED")

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:17CV 0090 TLN EFB PS
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

(MRS.) DIANALEE WALLACHLORRETZ
MAILING ADDRESS; THIRTYONE RANCHERS
GENERAL DELIVERY
JULIAN, CALIFORNIA 92036
TELEPHONE NUMBER 775.378.6337

("SEE ATTACHED") SOME NAMED DEFENDANTS; ADULT PROTECTIVE SERVICES COUNTY OF LOS ANGELES, ARA ALISHAN
FEDERAL BUREAU OF INVESTIGATION DIRECTOR JAMES COMEY
ROYAL PRINCE HAROLD OF ENGLAND
SAN DIEGO POLICE OFFICER LOTZ
MR. GLIDDEN AGAIN.
COLUMBIA, MISSOURI, POLICE MALSEY, GUSTALFSON
SACRAMENTO, CA, POLICE B. JENSEN, MARTINEZ, SMITH,
TIM KRONE, DVM, PREDATOR PROFESSOR AT PIMA COMMUNITY COLLEGE AGAIN.
CALIFORNIA DEPARTMENT OF MOTOR VEHICLES.
JAMES REYNOLDS, DVM
"MIZZOU" U. OF MISSOURI WITH PRESIDENTS MIDDLETON AND WOLF
LANCE ARMSTRONG
JESSE VENTURA
LIBBY FERNANDEZ AT 1351 NORTH C. STREET
DOHN KRUSCHWITZ, DANA CHURCHILL, SACTO, THI (DOCTORS)
DINO MARKIS
YAROSLAV KUSHNER, HEDDI DALIN, RABBI DALIN
RITA ASHFORD, ASHFORD U.
FRIDAY, JAN. 13, 2017 MRS. DIANALEE WALLACHLORRETZ

## I. The Parties to This Complaint

### A. The Plaintiff(s) (THIS ONE OF THE THREE IS PRESENT IN FEDERAL COURT CAFETERIA TODAY.)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | (MRS.) DIANALEE WALLACH LORRETZ |
| Street Address | (FBI DIRECTOR REFUSES TO TELL ME). |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

### B. The Defendant(s) ("SEE ATTACHED") (THEY STOPPED BEING LOGICAL.)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

Name ______________________________

Job or Title (if known) ______________________________

Street Address ______________________________

City and County ______________________________

State and Zip Code ______________________________

Telephone Number ______________________________

Defendant No. 4

Name ______________________________

Job or Title (if known) ______________________________

Street Address ______________________________

City and County ______________________________

State and Zip Code ______________________________

Telephone Number ______________________________

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question** DO MAKE EXPARTE DECISION,

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. BY U.S.A. POLICE
THIS PLAINTIFF TIME AND MONEY STOLEN IN SACRAMENTO, CA, 13 MONTHS,
THIS PLAINTIFF IS DEEPER INTO LIMBO AFTER WINNING FEDERAL COURT
CASE 4:13 CV 01778 CRP MAY ONE, 2015, BECAUSE NAMED AND NOT NAMED AGAIN
STRANGERS ARE ALSO DOING CONSPIRACY ELDER ABUSE "BANK ROBBERY" WIREFRAUD FINANCIAL & PHYSICAL,
GOVERNMENT WITNESSES TOLD LIES ON STATE WITNESS STANDS AGAIN. THERE
WAS EVEN A MR, KUSHNER 2009-2010 CONSPIRACY. I REQUEST EXPARTE DECISION,

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

   b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

______________________________________________

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(8) TWO JUDGES WAITED TOO LONG IN SACRAMENTO 2016 FOR EXPARTE DECISION, TO PLAINTIFF BEFORE DURING AFTER POLICE REPORT

BUT CALIFORNIA WORKERS DID WHAT MR. & MRS. BILL COSBY ARE ACCUSED OF [illegible] YEARS AGO

(1) THIS PLAINTIFF PURCHASED FINGER PRINTING AT 5770 FREEPORT BLVD.

(2) FBI DIRECTOR JAMES COMEY COVERS UP FBI AGENTS WHO BECAME BANK ROBBERS AND TELL LIES ABOUT THIS PLAINTIFF.

(3) CALIFORNIA STOPPED BEING LOGICAL, THE PLAINTIFF WALLET WAS STOLEN MORE THAN FOUR YEARS AGO, BUT STOLEN DRIVER LICENSE CALIFORNIA HAS NOT REPLACED.

(4) LIBBY FERNANDEZ COMPUTER SHOWS MY BROTHER, SACTO NATURAPATHIC OFFICE COMPUTER SHOWS MY BROTHER, EL CENTRO POLICE COMPUTER SHOWS MY BROTHER, "MIZZOU" U. OF MISSOURI COMPUTER SHOWS MY BROTHER, BUT SUCH SAMPLE GROUPS REFUSE TO LOCATE WE THREE PLAINTIFFS THEREFORE AVOIDING FINDING WE THREE PLAINTIFFS, AGAIN TIM KRONE PREDATOR AT PCC.

(5) MAY ONE, 2015, FEDERAL COURT DECISION 4:13CV01778CRP ALSO MEANS THE U.S.A. SURGEON GENERAL IS BREAKING THE LAWS EVEN TODAY.

(6) MORE CLAIMS MIGHT BE NEEDED, EVEN NOV. 2013 FALSE ARREST AT PHOENIX SKY HARBOR AIRPORT BUT NOT ALLOWED TO TALK TO LAWYER, BONDMAN, JUDGE IN SHERIFF ARPAIO JAIL.

(7) POLICE ARRANGE ROYAL PRINCE HAROLD OF ENGLAND TO BREATHE ON ME, TOO, AND NECROPHILES MR. & MRS. BILL COSBY, SOMEONE LOOKS LIKE LANCE ARMSTRONG, TOO, JESSE VENTURA, STACY HERBERT, THEREFORE ANY THEY CHOOSE, BUT THIS HOUSEWIFE ONLY CHOOSES OUR STUFF.

**IV. Relief** THERE IS A WALLACH DORMITORY AT COLUMBIA UNIVERSITY IN NYC. OUR GRANDPARENTS NAMES ARE AT OTHER PLACES ALSO.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(7) DECIDE IF PLAINTIFF WILL USE ($375) FROM MY 2014 TRADEMARK APPLICATION TODAY INSTEAD.

(1) THIS PLAINTIFF WANTS FEDERAL JUDGE TO FORCE U.S.A. DEFENDANT TO RE-UNITE WE THREE, BREATHING ON EACH OTHER IN COURT, OR PROVE WE ARE NOT ASSASSINATED INSTEAD ALREADY.

(2) ORDER CALIFORNIA TO REPLACE PLAINTIFF STOLEN DRIVER LICENSE IMMEDIATELY.

(3) ORDER "MIZZOU" U. OF MISSOURI TO PAY FORTY DOLLARS REFUND TO ME.

(4) DECIDE WHICH DEFENDANT REPLACES $27,000. STOLEN FROM ME THIS YEAR BY POLICE,

(5) DECIDE WHICH DEFENDANT REPLACES $28,000. REPEATED LUGGAGE PROPERTY LOSS, TO ME

(6) DECIDE WHICH LAWYER MIGHT HELP ME.

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JANUARY 13, 2017. FRIDAY.

Signature of Plaintiff MRS. DIANALEE WALLACH LORRETZ (NOT LICENSED YET)

Printed Name of Plaintiff MRS. DIANALEE WALLACH LORRETZ