UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA LEE WALLACH LORRETZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES COMEY, Director of the Federal Bureau of Investigation, et al.,<br><br>Defendants. | No. 17-cv-00090-TLN-EFB<br><br><br><br>ORDER |

On April 17, 2017, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Plaintiff filed timely objections to the findings and recommendations. (ECF No. 32.) On June 12, 2017, this Court adopted the findings and recommendations, and the first amended complaint was dismissed without leave to amend. (ECF No. 41.) The case was accordingly closed.

On June 13, 2017, Plaintiff filed a document indicating that she opposed the Court's Order (ECF No. 41) and the closing of her case. (ECF No. 43.) The Court construes this as a motion for reconsideration pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. "Under Rule 59(e), a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if

there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).  The Court has carefully reviewed the entire file, including Plaintiff's "opposition" (ECF No. 43).  The Court still finds the findings and recommendations to be supported by the record and by proper analysis.  Simply put, the Rule 59(e) standard is not met here.  Consequently, this case is closed.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 43) is denied;
2. All other pending motions are denied as moot; and
3. The Clerk of the Court is directed to close this case.

Dated: September 12, 2017

                                    Troy L. Nunley
                                    United States District Judge